UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*FILED ELECTRONICALLY*

| | |
|---|---|
| BRENDA LARGEN ) | |
| ) | |
|     PLAINTIFF ) | |
| ) | |
| v. ) | CASE NO.  3:17-cv-731-DJH |
| ) | |
| ) | |
| LIFE INSURANCE ) | |
| COMPANY OF NORTH AMERICA ) | |
| ) | |
|     DEFENDANT ) | |

**AGREED ORDER OF DISMISSAL**

Plaintiff, Brenda Largen, and Defendant, Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs.

AGREED TO:

| | |
|---|---|
| /s/Michael D. Grabhorn (by DAC with permission) | /s/David A. Calhoun |
| Michael D. Grabhorn | Mitzi D. Wyrick |
| Andrew M. Grabhorn | David A. Calhoun |
| Grabhorn Law Office, PLLC | WYATT, TARRANT & COMBS, LLP |
| 2525 Nelson Miller Parkway, Suite 107 | 500 West Jefferson Street, suite 2800 |
| Louisville, KY  40223 | Louisville, Kentucky  40202-2898 |
| m.grabhorn@grabhornlaw.com | mitziwyrick@wyattfirm.com |
| a.grabhorn@grabhornlaw.com | dcalhoun@wyattfirm.com |
| ***Counsel for Plaintiff, Brenda Largen*** | ***Counsel for Defendant, Life Insurance Company of North America*** |

61712758.1