UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

BRENDA LARGEN, Plaintiff,

v. Civil Action No. 3:17-cv-731-DJH-DW

LIFE INSURANCE COMPANY OF NORTH AMERICA, Defendant.

\* \* \* \* \*

**ORDER**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 12) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.